UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MICHAEL M.,

                              Plaintiff,

        v.                                              6:25-CV-857
                                                         (FJS/ML)
COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

---

APPEARANCES                              OF COUNSEL

THE LAW OFFICES OF                       STEVEN R. DOLSON, ESQ.
STEVEN R. DOLSON
6320 Fly Road, Suite 201
East Syracuse, New York 13057
Attorneys for Plaintiff

SOCIAL SECURITY ADMINISTRATION           FERGUS J. KAISER, ESQ.
6401 Security Boulevard
Baltimore, Maryland 21235
Attorneys for Defendant

SCULLIN, Senior Judge

## ORDER

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security ("Defendant" or "Commissioner") denying his application for Disability Insurance Benefits.  *See* Dkt. No. 1.  The Court referred the matter to Magistrate Judge Lovric for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(d).  *See* Dkt. No. 7.

In his Report-Recommendation issued on June 10, 2026, *see* Dkt. No. 14, Magistrate Judge Lovric recommended that the Court affirm the Commissioner's decision, grant Defendant's

motion for judgment on the pleadings, and deny Plaintiff's motion for judgment on the pleadings. *See* Dkt. No. 14 at 15.

Neither party filed objections to Magistrate Judge Lovric's Report-Recommendation, and the time for filing such objections has passed.  After examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice; and, therefore, the Court accepts and adopts the Report-Recommendation for the reasons stated therein.

Accordingly, the Court hereby

**ORDERS** that Magistrate Judge Lovric's Report-Recommendation, *see* Dkt. No. 14, is **ACCEPTED AND ADOPTED**; and the Court further

**ORDERS** that Plaintiff's motion for judgment on the pleadings*, see* Dkt. No. 9, is **DENIED**; and the Court further

**ORDERS** that Defendant's motion for judgment on the pleadings, *see* Dkt. No. 13, is **GRANTED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case.

**IT IS SO ORDERED.**

Dated:  July 31, 2026

_____
Frederick J. Scullin, Jr.
Senior United States District Judge